## UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

No. 98-60575

ROBERT W. JONES,

       Plaintiff-Appellant,

versus

TRUE TEMPER SPORTS, Also Known as Emhart Industries, Inc.,
     Also Known as Black & Decker Corporation,

       Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
(1:97-135-D-D)

August 9, 1999

Before EMILIO M. GARZA and  PARKER, Circuit Judges, and Cobb,* District Judge.

PER CURIAM.**

      We affirm for substantially the reasons stated by the district court in its July 22, 1998 Memorandum Opinion.

      AFFIRMED.

---

      *District Judge of the Eastern District of Texas, sitting by designation.

      **Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.